UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T PINES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF ATASCADERO STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 18-cv-03849-SI<br><br>**ORDER DENYING AMENDED REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 7 |

Plaintiff has filed a first amended application for a temporary restraining order (TRO) and preliminary injunction to (a) compel his release from custody and (b) set aside three judgments from the San Diego County Superior Court.

The amended application for a TRO and preliminary injunction to compel plaintiff's release from custody is DENIED for the reasons stated in the July 10, 2018, order denying request for temporary restraining order and/or preliminary injunction. Docket No. 7.

Plaintiff's request for a TRO and preliminary injunction to set aside three judgments in San Diego County Superior Court also is DENIED. Docket No. 7. First, plaintiff has not provided any record of the cases in San Diego County Superior Court. He states that the minutes are submitted (*see id.* at 1), but there are no court minutes attached to his application. This court does not have ready access to the records of a state court and thus relies on litigants to submit the filings from a state court that are necessary for consideration of any request to this court. Asking this court to take judicial notice of the records of another court does not solve the problem because the litigant still must present a copy of the records that he wants judicially noticed. Second, the request appears to run afoul of the *Rooker-Feldman* doctrine. A federal district court is a court of original jurisdiction and does not have appellate jurisdiction over a decision from a state superior

court. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482-86 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923) (district courts may not exercise appellate jurisdiction over state courts). The *Rooker-Feldman* doctrine essentially bars federal district courts "from exercising subject matter jurisdiction over a suit that is a de facto appeal from a state court judgment." *Kougasian v. TMSL, Inc.*, 359 F.3d 1136, 1139 (9th Cir. 2004). Nothing in the record suggests this court could set aside any judgment of the San Diego County Superior Court.

**IT IS SO ORDERED**.

Dated: July 13, 2018

_____
SUSAN ILLSTON
United States District Judge