UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T PINES,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF ATASCADERO STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 18-cv-03849-SI<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 23 |

On August 8, 2018, the court issued an order of partial dismissal and transfer. Docket No. 22. The court (a) dismissed the State Bar of California and Kamala Harris in her official capacity as the Attorney General of the State of California, and the claims against them; and (b) transferred the rest of the action to the United States District Court for the Southern District of California.

Plaintiff has filed a motion for leave to file a motion for reconsideration, and attached to it a motion for reconsideration that contains substantial irrelevant argument. Plaintiff has failed to show that a "material difference in fact or law exists" from that which was presented to the court before the August 8, 2018 order issued, or that new material facts or a change of law has occurred, or that there was a manifest failure of the court to consider material facts or dispositive legal arguments that had been presented to the court before that order was issued. Plaintiff's motion for leave to file a motion for reconsideration therefore is DENIED. Docket No. 23.

**IT IS SO ORDERED**.

Dated: September 12, 2108

SUSAN ILLSTON
United States District Judge